```
JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OGANES SEROBYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-cr-0057 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| OGANES SEROBYAN ) | Date: March 15, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant OGANES SEROBYAN, that the above matter be dropped from this court's calendar for March 15, 2013, at the request of the defense and be continued until March 29, 2013, for status of counsel. The court is advised that Robert Wilson, Esq. has informed undersigned counsel that he expects to make an appearance as Mr. Serobyan's retained counsel on that date. In addition to the need to finalize status of counsel, defense counsel will need time to review the initial round of discovery (approximately 300 pages) that has been provided to date.

**IT IS FURTHER STIPULATED** that, for the reasons set forth above, the time from March 15, 2013, through March 29, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4.

**IT IS SO STIPULATED.**

Date: March 12, 2013                Benjamin B. Wagner
                                    United States Attorney

                                    /S/ Michele Beckwith
                                    By: MICHELE BECKWITH
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Date: March 12, 2013                /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OGANES SEROBYAN

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 15, 2013, and is ordered to be re-calendared for March 29, 2013, at 9:00 a.m.

The court finds and orders that, for the reasons set forth above, time is excluded from computation of time within which the trial of this matter must be commenced from March 15, 2013, through March 29, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

Stip & Order Continuing Case
and Excluding Time                  2

1 | **IT IS SO ORDERED.**
---|---
2 | Dated: March 15, 2013
3 |
4 | _____
  | GARLAND E. BURRELL, JR.
5 | Senior United States District Judge

Stip & Order Continuing Case
and Excluding Time                    3